## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2395   Assigned/Issued By: J. N.

Judge Name: HIBBLER   Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

Amount Due:   ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____   Receipt #: 2728973_____

Date Payment Rec'd: 4-28-08_____   Fiscal Clerk: J. N._____

---

### ISSUANCES

☑ Summons                               ☐ Alias Summons
☐ Third Party Summons                   ☐ Lis Pendens
☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons    _____
☐ Citation to Discover Assets           _____
                                        *(Victim, Against and $ Amount)*
☐ Writ _____             ☐ Other
       *(Type of Writ)*                 _____
                                        _____
                                        *(Type of issuance)*

1 Original and 0 copies on 4-28-08 as to DEFENDANT
                    *(Date)*