IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL | ) | |
| COUNCIL OF CARPENTERS PENSION FUND, | ) | |
| CHICAGO REGIONAL COUNCIL OF | ) | |
| CARPENTERS WELFARE FUND, and CHICAGO | ) | |
| REGIONAL COUNCIL OF CARPENTERS | ) | CASE NO. 08-CV-2395 |
| APPRENTICE & TRAINEE PROGRAM FUND | ) | |
| | ) | JUDGE HIBBLER |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EAGER CONCRETE CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead.  Further, in support of this Motion the Plaintiffs state:

1.      Plaintiffs filed their complaint on April 28, 2008 and the summons and complaint was personally served on Greg Korinke, registered agent, on April 30, 2008 by the Process Server.  **(Exhibit A, Affidavit of Service)**

2.      The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3.      At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds.  Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

4.      The Defendant failed to remit reports and contributions for the period December 2007 through March 2008. Based on the company's previously contribution history, the Trust Funds estimate that the company owes an amount of $12,495.80.  The Defendant also failed to

remit the union dues it withheld from the employees' wages.  The amount of dues withheld is $858.12 for the period December 2007 through March 2008.  **(Exhibit B, Affidavit of James Rosemeyer)**

5.      The Defendant owes interest on the unpaid ERISA contributions in the amount of $180.56 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). **(Exhibit B, Affidavit of James Rosemeyer)**

6.      The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $2,931.33 for the period January  2007 through March 2008 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii). **(Exhibit B, Affidavit of James Rosemeyer)**

7.      The Defendant owes the sum of $1,671.25 for necessary and reasonable attorney fees and costs of $405.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D).  **(Exhibit C, Affidavit of David P. Lichtman)**

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of $**18,542.06** and that, within ten days, the Defendant be ordered to produce reports and contributions for the period December 2007 through March 2008.

Respectively submitted,


/s/ David P. Lichtman
Attorney for the Plaintiffs


David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT A

ClientCaseID:  N7659 DPL
Law Firm ID:   WHITFIEL



*1 8 4 2 6 0 A *

CaseReturnDate:  5/18/08

Affidavit of  Special Process Server

# UNITED STATES DISTRICT COURT

Case Number 08CV2395

I, **LARRY E. BIELA**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

# CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS AND COMPLAINT
ON THE WITHIN NAMED  DEFENDANT  Eager Concrete Corporation
PERSON SERVED **GREG KORINKE**   **REGISTERED AGENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **4/30/08**

That the sex, race and approximate age of the person whom I left the    SUMMONS AND COMPLAINT
are as follow:

| | | | |
|---|---|---|---|
| **Sex**  MALE | **Race**  WHITE | **Age**  45 | |
| **Height**  5'11 | **Build**  HEAVY | **Hair**  GREY | |

LOCATION OF SERVICE   **697  Auburn Court**
**Crystal Lake, IL, 60014**

Date Of Service  **4/30/08**           Time of Service   7:30 AM

LARRY E. BIELA                                          4/30/2008

**Special Process Server**
P.E.R.C.#129-215788

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

AO 440 (Rev. 05/00) Summons in a Civil Action                                            N7659

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.

        V.

EAGER CONCRETE CORPORATION

CASE NUMBER:    08 CV 2395

ASSIGNED JUDGE:    JUDGE HIBBLER

DESIGNATED
MAGISTRATE JUDGE:    MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

EAGER CONCRETE CORPORATION
c/o Gregory R. Korinke, registered agent
697 AUBURN COURT
CRYSTAL LAKE, IL 60014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID P. LICHTMAN
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

*Jacquline Halleman*
-------------------------------------
(By) DEPUTY CLERK



**April 28, 2008**
-------------------------------------
**Date**

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION FUND, )
CHICAGO REGIONAL COUNCIL OF )
CARPENTERS WELFARE FUND, and CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )
APPRENTICE & TRAINEE PROGRAM FUND, )
                           )      CASE NO. 08-CV-2395
           Plaintiffs, )
v.                                )      JUDGE HIBBLER
                               )
                               )
EAGER CONCRETE CORPORATION )
                               )
           Defendants. )

## DECLARATION OF JAMES ROSEMEYER

Pursuant to 28 U.S.C. § 1746, I, James Rosemeyer, do declare under penalty of perjury

that the following is true and correct:

1.       I am the Manager of the Employer Contributions Department for the Chicago

Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters

Welfare Fund (collectively, the "Trust Funds"), and in such capacity I am authorized to make

this Declaration on behalf of the Trust Funds.

2.       The Defendant executed an Agreement with the Chicago Regional Council of

Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining

Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.       Pursuant to the provisions of the Agreement and the Collective Bargaining

Agreements, the Defendant agreed to be bound by the provisions of the Agreements and

Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.    Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports, which list the number of hours worked by its carpenter employees, and the Defendant is required to pay contributions based upon the hours listed.

5.    The Defendant failed to remit reports and contributions for the period December 2007 through March 2008. Based on the company's previous contribution history, we have estimated that the company owes $12,495.80 in ERISA contributions. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $858.12 for the period December 2007 through March 2008.

6.    Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $2,931.33 for the period January  2007 through March 2008.

6.    The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. § 1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $180.56.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date: May 27, 2008

James Rosemeyer, Contributions Manager

24130  EAGER CONCRETE CORPORATION
    697 AUBURN COURT
    CRYSTAL LAKE   IL 60014

|  | FRINGES | DUES | LD'S | INTEREST |
|---|---|---|---|---|
| Jan-07 | $0 | $0 | $79.95 | $0 |
| Feb-07 | $0 | $0 | $425.36 | $0 |
| Mar-07 | $0 | $0 | $321.87 | $0 |
| Apr-07 | $0 | $0 | $360.48 | $0 |
| May-07 | $0 | $0 | $241.37 | $0 |
| Jun-07 | $0 | $0 | $209.37 | $0 |
| Jul-07 | $0 | $0 | $167.51 | $0 |
| Aug-07 | $0 | $0 | $139.36 | $0 |
| Sep-07 | $0 | $0 | $83.74 | $0 |
| Oct-07 | $0 | $0 | $41.86 | $0 |
| Nov-07 | $0 | $0 | $188.99 | $0 |
| Dec-07 | $3,123.95 | $214.53 | $241.48 | $72.27 |
| Jan-07 | $3,123.95 | $214.53 | $191.81 | $53.42 |
| Feb-07 | $3,123.95 | $214.53 | $143.76 | $35.90 |
| Mar-07 | $3,123.95 | $214.53 | $94.42 | $18.97 |
| TOTAL | $12,495.80 | $858.12 | $2,931.33 | $180.56 |

MONIES OWED ON PRIOR JUDGEMENT     $3,465.39

TOTAL AMOUNT OWED     $19,931.20

Summary of Contributions, Liquidated Damages & Interest Due
For The Reporting Period(s) Specified Below
Computed Through May 27, 2008

### Employer Information

| | |
|---|---|
| **File Number** | 24130 |
| **Name** | EAGER CONCRETE CORPORATION |
| **Address** | 697 AUBURN COURT |
| **City, State** | CRYSTAL LAKE, IL. 60014-0000 |
| **Telephone** | |

Page Number 1 of 3
Reference Number:  8-108
Date Printed: 05/23/2008

| Reporting Period | Delinquent Contributions | Liquidated Damages (1) | Interest(1) | Total Due |
|---|---|---|---|---|
| December, 2007 | $ 3,123.95 | $ 241.43 | $ 72.27 | $ 3,437.65 |
| January, 2008 | 3,123.95 | 191.70 | 53.42 | 3,369.07 |
| February, 2008 | 3,123.95 | 142.70 | 35.90 | 3,302.55 |
| March, 2008 | 3,123.95 | 94.42 | 18.97 | 3,237.34 |
| **Grand Total** | $ 12,495.80 | $ 670.25 | $ 180.57 | $ 13,346.62 |

(1) See Attached Computation

**Total Amount Due : $ 13,346.62 If Paid by May 27, 2008**

Computation of Liquidated Damages
For The Reporting Period(s) Specified Below
Computed Through May 27, 2008

<u>Employer Information</u>

**File Number**  24130
**Name**         EAGER CONCRETE CORPORATION
**Address**      697 AUBURN COURT
**City, State**  CRYSTAL LAKE, IL. 60014-0000
**Telephone**

Page Number 2 of 3
Reference Number: 8-108
Date Computed: 05/23/2008

| Reporting Period | Contributions Due | Computation Base | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
|---|---|---|---|---|---|
| December, 2007 | $  3,123.95 | $  3,123.95 | 5 | $  241.43 | $  241.43 |
| January, 2008 | 3,123.95 | 3,123.95 | 4 | 191.70 | 191.70 |
| February, 2008 | 3,123.95 | 3,123.95 | 3 | 142.70 | 142.70 |
| March, 2008 | 3,123.95 | 3,123.95 | 2 | 94.42 | 94.42 |
| Total | $  12,495.80 | | | $ | 670.25 |

*(2) 1.50% Compounded per Month (or portion thereof)*

Computation of Interest
For The Reporting Period(s) Specified Below
Computed Through May 27, 2008

**Employer Information**

**File Number** 24130
**Name** EAGER CONCRETE CORPORATION
**Address** 697 AUBURN COURT
**City, State** CRYSTAL LAKE, IL. 60014-0000
**Telephone**

Page Number 3 of 3
Reference Number: 8-108
Date Computed: 05/23/2008

| Reporting Period | Contributions Due | Computation Base | Delinquent Period From | To | Days | Computed Interest (3) | Total Interest For Reporting Period |
|---|---|---|---|---|---|---|---|
| December, 2007 | $ 3,123.95 | $ 3,123.95 | 01/21/2008 – 05/27/2008 | | 128 | $ 72.27 | $ 72.27 |
| January, 2008 | 3,123.95 | 3,123.95 | 02/21/2008 – 05/27/2008 | | 97 | 53.42 | 53.42 |
| February, 2008 | 3,123.95 | 3,123.95 | 03/21/2008 – 05/27/2008 | | 68 | 35.90 | 35.90 |
| March, 2008 | 3,123.95 | 3,123.95 | 04/21/2008 – 05/27/2008 | | 37 | 18.97 | 18.97 |
| Total | $ 12,495.80 | | | | | | $ 180.57 |

(3) Compounded Daily per Internal Revenue Code Section 6621

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION FUND, )
CHICAGO REGIONAL COUNCIL OF )
CARPENTERS WELFARE FUND, and CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )    CASE NO. 08-CV-2395
APPRENTICE & TRAINEE PROGRAM FUND )
)    JUDGE HIBBLER
Plaintiffs, )
)
v. )
)
EAGER CONCRETE CORPORATION )
)
Defendant. )

**DECLARATION OF DAVID P. LICHTMAN**

Pursuant to 28 U.S.C. § 1746, I, David P. Lichtman, do declare under penalty of perjury that the following is true and correct:

1.    I am an associate in the law firm of Whitfield McGann & Ketterman and one of the attorneys for Plaintiffs in the above captioned matter. I am licensed to practice law in the State of Illinois and for the United States District Court for the Northern District of Illinois. I make this Declaration in support of Plaintiffs' Motion for Default Judgment.

2.    I have personal knowledge of the facts stated herein and am competent to give testimony as recited herein and from my own personal knowledge.

3.    The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and costs incurred for failure of a signatory contractor to pay contributions in accordance with those Agreements.

4.    I, David P. Lichtman, have devoted 9.55 hours in connection with the above-captioned case at the rate of $175.00 per hour. My total billings are $1,671.25.

5.    In addition, the filing fee was $350.00 and the fees for service of process were an additional $55.00.  These costs total $405.00.

6.    I certify that the attached detailed attorney fees and costs totaling $2,076.25 were necessary and reasonable.

7.    Notice of this Motion for Default was given to Defendant by mailing a copy of the same to Gregory R. Korinke, registered agent, at 697 Auburn Court, Crystal Lake, IL 60014.


Dated May 27, 2008


David P. Lichtman
David P. Lichtman


Attorney for the Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051

2

5/27/2008                          WHITFIELD, McGANN & KETTERMAN
12:03 PM                                    Slip Listing                                    Page        1

---

Selection Criteria

---

Slip.Date              Earliest - 5/27/2008
Slip.Classification    Open
Case (hand select)     Include: CTF-C./N7659/24130

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 356753                TIME<br>4/25/2008<br>Billed        G:73388      5/1/2008<br>Prepared summons, complaint, appearance<br>forms and civil cover sheet for Trust Funds'<br>claims and compliance matters pursuant to<br>ERISA Sec. 1132, 1145 and THA Sec. 301. | DPL<br>Billable<br>CTF-C./N7659/24130 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 356754                TIME<br>4/25/2008<br>Billed        G:73388      5/1/2008<br>Review referral from Trust funds on<br>04/24/08; prepare file; review corporate<br>status and registered agent information for<br>legal process. | DPL<br>Billable<br>CTF-C./N7659/24130 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 356762                TIME<br>4/25/2008<br>Billed        G:73388      5/1/2008<br>Search Illinois Secretary of State database<br>for corporate information including registered<br>agent of the corporation for purposes of<br>service; search for related companies;<br>perform asset search of company and<br>principals. | CPW<br>~~Lewis~~<br>CTF-C./N7659/24130 | ~~0.00~~<br>0.00<br>0.00<br>0.00 | 130.00<br>A@1 | ~~00.00~~ |
| 356912                TIME .<br>4/28/2008<br>Billed        G:73388      5/1/2008<br>Review complaint filed at the Federal Court;<br>enter pertinent information (e.g., filing date,<br>case number and assigned judge) into<br>database; review judge's standing order<br>regarding pre-trial litigation, motion practice<br>and status hearing dates; update file/databse<br>regarding same. | DPL<br>Billable<br>CTF-C./N7659/24130 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 356913                TIME<br>4/28/2008<br>Billed        G:73388      5/1/2008<br>Prepare correspondence to legal process<br>server Scott Forrest Stern & Associates, Inc. | DPL<br>Billable<br>CTF-C./N7659/24130 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

| Slip ID | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Case | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

regarding service of the summons and
complaint on the defendant; prepare
coorrespondence to James Rosemeyer,
ERISA Contributions Manager, Chicago
District Council of Carpenters' Trust Funds
regarding the filing of the complaint; enclose
copy of the summons and complaint; docket
follow-up dates for service.

| | | | | |
|---|---|---|---|---|
| 357441          EXP | CPW | 1 | 350.00 | 350.00 |
| 5/1/2008 | $DC | | | |
| WIP | CTF-C./N7659/24130 | | | |
| FILING FEE (4/28/08) | | | | |

| | | | | |
|---|---|---|---|---|
| 357302          TIME | DPL | 0.20 | 175.00 | 35.00 |
| 5/5/2008 | Billable | 0.00 | T@7 | |
| WIP | CTF-C./N7659/24130 | 0.00 | | |
| Review e-mail sent by the U.S. Dist. Court | | 0.00 | | |

for the Northern Dist. of Illinois regarding the
proof of filing the summons returned as
executed; download documents to the file
folder; print document and enclose in file.

| | | | | |
|---|---|---|---|---|
| 357298          TIME | DPL | 0.10 | 175.00 | 17.50 |
| 5/5/2008 | Billable | 0.00 | T@7 | |
| WIP | CTF-C./N7659/24130 | 0.00 | | |
| Prepare correspondence to Trust Fund | | 0.00 | | |

Manager James T. Rosemeyer and Rich
Oginski, Trust Fund Field Rep., regarding
service of the complaint.

| | | | | |
|---|---|---|---|---|
| 357297          TIME | DPL | 0.40 | 175.00 | 70.00 |
| 5/5/2008 | Billable | 0.00 | T@7 | |
| WIP | CTF-C./N7659/24130 | 0.00 | | |
| Review Scott Forrest Stern & Associates, | | 0.00 | | |

Inc.'s report on service of the summons and
complaint; review process server remarks
regarding details of service; review affidavit
of service for legality; electronically file the
proof of service with the clerk of the U.S.
District Court for the Northern Dist. of Illinois;
docket follow-up dates for Answer due date.

| | | | | |
|---|---|---|---|---|
| 357909          TIME | DPL | 0.50 | 175.00 | 87.50 |
| 5/16/2008 | Billable | 0.00 | T@7 | |
| WIP | CTF-C./N7659/24130 | 0.00 | | |
| Draft correspondence to James Rosemeyer, | | 0.00 | | |

ERISA Contributions Manager, Chicago
District Council of Carpenters' Trust Funds
requesting a breakdown of all ERISA fringe
benefit contributions owed and the
accompanying calculation of liquidated

| Slip ID | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Case | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

damages and interest pursuant to the terms
of the trust agreements and Internal
Revenue Code.

| | | | | |
|---|---|---|---|---|
| 358307          TIME | DPL | 1.00 | 175.00 | 175.00 |
| 5/23/2008 | Billable | 0.00 | T@7 | |
| WIP | CTF-C./N7659/24130 | 0.00 | | |
| | | 0.00 | | |

Prepare affidavit for Trust Fund Manager
James T. Rosemeyer in support of the Trust
Funds' motion for default judgment; affidavit
to support claim for ERISA fringe benefit
contributions, and calculation of liquidated
damages and interest pursuant to the terms
of the trust agreements and Internal
Revenue Code; prepare correspondence to
Rosemeyer regarding the affidavit and
request for execution.

| | | | | |
|---|---|---|---|---|
| 358308          TIME | DPL | 2.00 | 175.00 | 350.00 |
| 5/23/2008 | Billable | 0.00 | T@7 | |
| WIP | CTF-C./N7659/24130 | 0.00 | | |
| | | 0.00 | | |

Review court file to determine if Answer filed;
review office file for Answer; confirm Answer
due dates; review U.S. District Court web
site to verify the date and time that the
presiding Judge hears  motions; prepare
motion for default judgment pursuant to F.
Rul. Civ. P. 55 for failure to answer or
otherwise plead.

| | | | | |
|---|---|---|---|---|
| 358309          TIME | DPL | 0.10 | 175.00 | 17.50 |
| 5/23/2008 | Billable | 0.00 | T@7 | |
| WIP | CTF-C./N7659/24130 | 0.00 | | |
| | | 0.00 | | |

Telephone conversation with Rich Oginski,
Trust Fund Field Rep., regarding proceeding
with the motion for default judgment.

| | | | | |
|---|---|---|---|---|
| 358310          TIME | DPL | 0.50 | 175.00 | 87.50 |
| 5/23/2008 | Billable | 0.00 | T@7 | |
| WIP | CTF-C./N7659/24130 | 0.00 | | |
| | | 0.00 | | |

Prepare a proposed judgment in support of
the Trust Funds motion; calculate all
amounts owed.

| | | | | |
|---|---|---|---|---|
| 358311          TIME | DPL | 0.75 | 175.00 | 131.25 |
| 5/23/2008 | Billable | 0.00 | T@7 | |
| WIP | CTF-C./N7659/24130 | 0.00 | | |
| | | 0.00 | | |

Review file for all entries for the attorney
billings and costs incurred; compare with
work performed on the file; prepare attorney
fee declaration / affidavit and exhibits;
incorporate amounts into themotion and

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| judgment order; prepare the document for electronic filing. | | | | |
| 358314          TIME<br>5/23/2008<br>WIP<br>Receive and review document from Rich Oginski, Trust Fund Field Rep. regarding summary of contributions, liquidated damages, and interest due for the period December 2007 through March 2008. | DPL<br>Billable<br>CTF-C./N7659/24130 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |

| Grand Total | | | |
|---|---|---|---|
| | Billable | 9.85 | 2060.25 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 9.85 | 2060.25 |

Hours - 9.55 hrs @ $175.00 = $1,671.25

Fees - Filing $350.00

Costs - Service $55.00

Total $2,076.25

| **STERN PROCESS & INVESTIGATION, LLC** | TaxId:04-3801615 |
|---|---|
| 205 W. RANDOLPH ST 730 CHICAGO, IL, 60606 | Phone:(312) 853 - 2150    Fax:(312) 853 - 3119 |

**WHITFIELD, MCGANN & KETTERMAN**
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601                        Phone    (312)-251-9700        Fax    (312)-251-9701

Plaintiff: Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al.    Client Case#  N7659 DPL    Court Case#  08CV2395
County: UNITED STATES DISTRICT COURT

| Invoice# | 184260 | Server Name: | LARRY E. BIELA |
|---|---|---|---|
| Defendant 1: | Eager Concrete Corporation | CORPORATE SERVICE | GREG KORINKE REGISTERED AGENT |
| Defendant 2: | | | |

Date of Service: 4/30/2008    Service Time: 7:30:00 AM    Invoice Date: 4/30/2008    Final Invoice Date: 5/5/2008

**Location of Service** 697 Auburn Court , Crystal Lake, IL, 60014

| Delivery Charge | Bad Address | Filing | Database Charge | Skip Trace | Rush | Investigation | Mileage | Total |
|---|---|---|---|---|---|---|---|---|
| $55.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.00 |

Case Return Date:    5/18/2008    Payment Date:    Amount Received:    $0.00    Check No:

|  |  |
|---|---|
| Grand Total: | $55.00 |
| Amount Received: | $0.00 |
| Balance Due: | $55.00 |