IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND | ) ) ) ) ) ) | CASE NO. 08-CV-2395 |
| Plaintiffs, | ) ) ) | JUDGE HIBBLER |
| v. | ) ) | |
| EAGER CONCRETE CORPORATION | ) ) ) | |
| Defendant. | ) | |

**AMENDED**
**NOTICE OF MOTION**

To:   EAGER CONCRETE CORPORATION
      c/o Gregory R. Korinke, registered agent
      697 AUBURN COURT
      CRYSTAL LAKE, IL 60014

   PLEASE TAKE NOTICE that on June 4, 2008 I shall appear before the Honorable Judge William J. Hibbler at approximately 9:30 a.m. in Courtroom 1225 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Entry of Order of Judgment, a copy of which has been sent to you via U.S. Mail.

                    TRUSTEES of the CHICAGO REGIONAL COUNCIL
                    OF CARPENTERS PENSION FUND, et al.

                    /s/  David P. Lichtman

**CERTIFICATE OF SERVICE**

   I, David P. Lichtman, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on May 29, 2008.         /s/ David P. Lichtman

Attorney for Plaintiffs (Attorney No. 6290051)
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601

(312) 251-9700 Fax (312) 251-9701