# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2395 | **DATE** | 6/4/2008 |
| **CASE TITLE** | TRUSTEES OF THE CHGO. REG'L COUN., et al. Vs. EAGER CONCRETE CORP. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for default judgment is granted. Enter Judgment Order in favor of plaintiffs and against defendant in the amount of $18,542.06 and directing defendant to produce report and contributions for the period of December 2007 through March 2008. All pending dates and motions are terminated as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | JHC |
|---|---|---|