IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND<br><br>Plaintiffs,<br><br>v.<br><br>EAGER CONCRETE CORPORATION<br><br>Defendant. | CASE NO. 08-CV-2395<br><br>JUDGE HIBBLER |

## JUDGMENT ORDER

The Plaintiffs filed their Complaint on April 28, 2008 and the Defendant were served with copies of Summons and Complaint; and

The Defendant have failed to answer or otherwise plead; and

Upon application of the Plaintiffs for Default Judgment and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer for relief in the Complaint of this action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, EAGER CONCRETE CORPORATION the sum of $18,542.06 representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions | $ 12,495.80 |
| b) | Interest on ERISA Contributions | $ 180.56 |
| c) | Liquidated Damages | $ 2,931.33 |
| d) | Dues | $ 858.12 |
| e) | Attorney Fees and Costs | $ 2,076.25 |
| | **TOTAL** | **$ 18,542.06** |

The Court will retain jurisdiction solely to enter judgment for the contributions shown to be owed and statutory damages pursuant to ERISA Section 1132(g)(2).

ENTERED:

_____
JUDGE WILLIAM J. HIBBLER
UNITED STATES DISTRICT JUDGE

DATED: 6/4/08