ClientCaseID: N7659 DPL
Law Firm ID: WHITFIEL



CaseReturnDate: 5/18/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number 08CV2395

I, LARRY E. BIELA

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT Eager Concrete Corporation
PERSON SERVED GREG KORINKE  REGISTERED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 4/30/08

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:
Sex MALE    Race WHITE    Age 45
Height 5'11    Build HEAVY    Hair GREY

LOCATION OF SERVICE   697 Auburn Court
Crystal Lake, IL, 60014

Date Of Service  4/30/08    Time of Service  7:30 AM

LARRY E. BIELA    4/30/2008
Special Process Server
P.E.R.C.#129-215788

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.