MHh

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | CASE NO. 08-CV-2395 |
| v. ) ) | JUDGE HIBBLER |
| EAGER CONCRETE CORPORATION ) Defendant. ) HARRIS BANK, ) Supplemental Defendant. ) | |

*CITATION IN SUPPLEMENTAL PROCEEDINGS
TO DISCOVER ASSETS (THIRD PARTY)*

TO:   Harris Bank
       Attn: Legal Department
       111 W. Monroe
       Chicago, IL  60603

YOU ARE HEREBY SUMMONED to be present in person at the law offices of Whitfield McGann & Ketterman, 111 East Wacker Drive, Suite 2600 on **July 17, 2008** at the hour of 10:00 a.m., and then and there to answer under oath such questions as may be put to you concerning the personal and real property of and/or indebtedness due the above named Defendant, and to abide the further order of the Court.

You are specifically prohibited from transferring any funds or personal property to the above-named Defendant or any other claimant until such time that this Citation is released by Court Order or by agreement of the parties evidenced by written authorization by the Plaintiffs or their designated agent. You are not required to withhold the payment of any money beyond double the amount of the Judgment.

__Harris N.A.__ *Amended*
Citation Respondent , certify under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ _____
B) Checking and / or Now Account (Amount withheld) $ __37,084.12__
C) Certificate of Deposit (Amount held) $ _____
D) Money Market Account (Amount held) $ _____
E) Trust Account (Amount held) $ _____
F) Safety Deposit Box $ _____
G) No Accounts _____
H) Adverse Claimant: Name _____ Address _____
I) Wages, Salary or Commissions _____
J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

Sub Total __37084.12__

Less right of offset for other loans _____
Less deduction for fees limited by
205 ILCS 5/48.1

Total __37084.12__

**FILED**
JUL 18 2008
7-18-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

_____
Agent for Citation Respondent

_____ on oath state.

I am over 21 years of age and not a party to this case. I served the citation to discover assets as follows:

on _____ by leaving a copy with the third party defendant on _____, _____
at the hour of _____ . m. at _____ Street, _____ County, Illinois
On the third party defendant _____ by mailing a copy on _____, _____
by certified mail addressed to agent of the third party defendant, return receipt requested.

(attached green card receipt
of service here)

**Signed and sworn by party making service

_____, _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**